

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00235-CV

Rosanna **BARRERA**, Jenesey Barrera, and Andrea Perez,
Appellants

v.

**CHERERCO, LLC**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1276-CV
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

The appellants' unopposed motion for extension of time to file reply brief is hereby GRANTED. Time is extended to February 9, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court